# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, D.C. KING, M.G. MILLER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**JONAS M. JELICH**
**PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS**

**NMCCA 201400260**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 19 March 2014.
**Military Judge**: LtCol M.G. Geffroy, USMC.
**Convening Authority**: Commanding Officer, Marine Corps Intelligence Schools, Virginia Beach, VA.
**Staff Judge Advocate's Recommendation**: LtCol M.E. Sayegh, USMC.
**For Appellant**: CDR Suzanne Lachelier, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**21 October 2014**

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court